# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER MILES,<br><br>        Plaintiff,<br><br>v.<br><br>LEWIS TREE SERVICE INC., WILDERNESS USA, INC., and BILLY MCCOLLUM<br><br>        Defendant. | Case No. 6:25-cv-6042 (EAW)<br><br>**NOTICE OF**<br>**VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure – Plaintiff hereby respectfully gives notice of his voluntary dismissal of claims under Counts Three and Four in his Complaint and all claims against Defendant Billy McCollum in the above-captioned case without prejudice.

Dated: Jamaica, New York
       March 12, 2025

Respectfully submitted,
*/s/ Uri Horowitz*
Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Tel: +1 718-705-8706
Fax: +1 718-705-8705
Email: Uri@Horowitzlawpllc.com

**CONSUMER ATTORNEYS PLLC**
Emanuel Kataev, Esq.
68-29 Main Street
Flushing, NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com (email)

*Pending admission*

*Attorneys for Plaintiff*
*Walter Miles*

Dated: Rochester, New York
      March ____, 2025

SO ORDERED:

_____
Hon. Elizabeth A. Wolford, Chief U.S.D.J.